UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Mary Huff, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10752-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 20, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

**Dated:**  August 20, 2014

Digitally signed by David R. Herndon
Date: 2014.08.20 15:22:02 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**